**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA**

| | |
|---|---|
| MARY WOCKASEN | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 4:24-cv-00055 |
| | ) |
| v. | ) **JURY DEMANDED** |
| | ) |
| BRANDON PATTERSON, SHERIFF | ) |
| HEATH GUNTER, in their individual capacities, | ) |
| GRUNDY COUNTY SHERIFF'S OFFICE, and | ) |
| GRUNDY COUNTY, TENNESSEE, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Now comes B. Thomas Hickey, Jr. without waiving any defense that may be applicable in this matter, enters an appearance as counsel of record for Defendants Sheriff Heath Gunter and Grundy County, Tennessee in the above-styled matter and in so doing reserves all defenses to the same. The undersigned requests that all future pleadings, notices, correspondence, or otherwise relating to the above-styled case be sent to him as counsel of record for such Defendants.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

By:     */s/ B. Thomas Hickey, Jr.*
        B. Thomas Hickey, Jr., BPR #019105
        Attorney for Defendants Sheriff Heath
        Gunter and Grundy County, Tennessee
        537 Market Street – Suite 203
        Chattanooga, TN  37402-1241
        P: (423) 756-0262
        F: (423) 756-8489
        thickey@spicerfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of August, 2024, I electronically filed this document along with any exhibits with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Neal Pinkston
1216 E Main Street
Suite 206
Chattanooga TN 37408

**SPICER RUDSTROM, PLLC**

By:     */s/ B. Thomas Hickey, Jr.*
         B. Thomas Hickey, Jr.

2